IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENNIS T. EASTMAN,

        Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                        Case No. 11-cv-858-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Dennis T. Eastman's motion for summary judgment and affirming the decision of defendant Michael J. Astrue denying plaintiff's application for disability insurance benefits.

        *Peter Oppeneer*                            10/16/12
    Peter Oppeneer, Clerk of Court                Date